B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

In re  Jeffrey Andrews Morse & Janet Bertha Morse  ,  Case No. _____
                           Debtor                                                         Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Morgan Stanley Credit Corporation<br>P.O. BOX 986<br>Newark, NJ 07184-0986 | LOT 86 PH IA 17419 SQ. FT.<br>Bluewater Court<br>The Point Sec 17 |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 2** *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Morgan Stanley Home loan<br>P.O. BOX 986<br>Newark, NJ 07184-0986 | LOT 86 PH IA 17419 SQ. FT.<br>Bluewater Court<br>The Point Sec 17 |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Lexus Financial Services<br>P.O. BOX 17187<br>Baltimore, MD 21297-0511 | **Describe Leased Property:**<br>Automobile lease | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☑ YES    ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☐ YES    ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br>☐ YES    ☐ NO |

___1___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 12/15/10

/s/ Jeffrey Andrews Morse
Signature of Debtor

/s/ Janet Bertha Morse
Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | **Describe Property Securing Debt:**<br>LOT 86 PH IA 17419 SQ. FT.<br>Bluewater Court<br>The Point Sec 17 |

Property will be *(check one):*

☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain __retain, keep current_____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt      ☐ Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>Lexus Financial Services<br>P.O. BOX 17187<br>Baltimore, MD 21297-0511 | **Describe Property Securing Debt:**<br>2011 Lexus ES350, 190 miles, good condition |

Property will be *(check one):*

☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain __retain, keep current_____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt      ☐ Not claimed as exempt