IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| JEFFREY ANDREWS MORSE | * | Case No. 10-38164 |
| JANET BERTHA MORSE, | | Chapter 7 |
| | * | |
| Debtors. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE**

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Please be advised that it appears there will be assets available for disbursement to creditors in the bankruptcy case of Jeffrey Andrews Morse and Janet Bertha Morse. Therefore, pursuant to Bankruptcy Rule 3002(c)(5), please issue notice to creditors establishing a deadline for claims to be filed.

/S/ Monique D. Almy
Monique D. Almy, Bar No. 04479
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Flr.
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2011, a copy of the foregoing Notice regarding assets was sent via first class mail, postage prepaid to:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Walter Gunby, Esq.
P.O. Box 448
Cambridge, MD  21613
Counsel to Debtors

Jeffrey Morse
Janet Morse
413 Bluewater Court
Ocean Pines, MD  21811

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605
Attn : Ramesh Singh

      /S/ Monique D. Almy_____
Monique D. Almy