**B6F (Official Form 6F) (12/07)**

In re    Jeffrey Andrews Morse & Janet Bertha Morse                Case No.    10-38164
_____
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br>4-County Electric Power Association<br>P.O. BOX 9602<br>Columbus, MS 39705 | | H | | | | | Unknown |
| ACCOUNT NO.<br>Ackerman Athletic Booster Club<br>P.O. BOX 641<br>Ackerman, MS 39735 | | H | | | | | 100.00 |
| ACCOUNT NO.<br>ACS-Abulance Cot Service<br>2339 Green Lane<br>Bishopville, SC 29010 | | H | | | | | 560.32 |
| ACCOUNT NO.<br>Advanced Health Systems, Inc.<br>P.O. BOX 1043<br>Jackson, MS 39215 | | H | | | | | 378.29 |

____32____ continuation sheets attached

Subtotal ➤ | $ | 1,038.61

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey Andrews Morse & Janet Bertha Morse___,        Case No. ___10-38164___
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Afco Dept 0809 P.O. BOX 120001 Dallas, TX 75312 | | H | | | | | 14,196.92 |
| ACCOUNT NO. | | | | | | | |
| AIA- Associated Insurance Adm. P.O. BOX 231330 Montgomery, AL 36123 | | H | | | | | 4,650.00 |
| ACCOUNT NO. | | | | | | | |
| Alimed, Inc. P.O. BOX 9135 Dedham, MA 02027 | | H | | | | | 653.96 |
| ACCOUNT NO. | | | | | | | |
| American Health Tech P.O. BOX 12310 Jackson, MS 39236 | | H | | | | | 2,102.78 |
| ACCOUNT NO. | | | | | | | |
| Ancillary Medical Service 195 East Peace Street Canton, MS 39046 | | H | | | | | 10,917.67 |

Sheet no. __1__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ ___32,521.33___

Total ➤ $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re   Jeffrey Andrews Morse & Janet Bertha Morse            ,          Case No.   10-38164
                              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Apic <br> P.O. BOX 79502 <br> Baltimore, MD 21279 | | H | | | | | 188.00 |
| ACCOUNT NO. <br><br> Appliance Parts Co., Inc. <br> 727 S. Gallatin St. <br> Jackson, MS 39204 | | H | | | | | 415.13 |
| ACCOUNT NO.   unknown <br><br> Atmos Energy <br> P.O. BOX 9001949 <br> Louisville, KY 40290 | | H | | | | | Unknown |
| ACCOUNT NO. <br><br> Aventis Pasteur <br> P.O. BOX 60244 <br> Charlotte, NC 28260 | | H | | | | | 2,516.74 |
| ACCOUNT NO. <br><br> Baptist Memorial Hospital <br> P.O. BOX 415000, MSC 4 <br> Nashville, TN 37241 | | H | | | | | 10,828.30 |

Sheet no.  2   of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,948.17

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re   Jeffrey Andrews Morse & Janet Bertha Morse   ,          Case No.   10-38164
                          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Beckman Coulter, Inc. Dept. Ch 10164 Palatine, IL 60055 | X | H | | | | | 34,893.80 |
| ACCOUNT NO. | | | | | | | |
| Black Brothers 135 Seward St. P.O. BOX 906 Ackerman, MS 39735 | | H | | | | | 2,500.53 |
| ACCOUNT NO. | | | | | | | |
| Bourdeaux & Jones, LLP P.O. BOX 2009 Meridian, MS 39302 | | H | | | | | 12,010.42 |
| ACCOUNT NO. | | | | | | | |
| Bracco Diagnostics, Inc. P.O. BOX 532411 Charlotte, NS 28290 | | H | | | | | 856.50 |
| ACCOUNT NO. | | | | | | | |
| Briggs Corporation P.O. BOX 1355 Des Moines, IA 50305 | | H | | | | | 1,521.06 |

Sheet no. _3_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 51,782.31
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jeffrey Andrews Morse & Janet Bertha Morse</u>,            Case No. <u>10-38164</u>
            **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Broadway Linen Service <br> 548 N. Braodway <br> Division-Linen Service <br> Greenville, MS 38701 | | H | | | | | 12,281.00 |
| ACCOUNT NO. <br><br> Business Machines Plus, Inc. <br> P.O. BOX 2145 <br> Columbus, MS 39704 | | W | | | | | 1,864.03 |
| ACCOUNT NO. <br><br> Capweld <br> P.O. BOX 22562 <br> Jackson, MS 39225 | | H | | | | | 7,166.74 |
| ACCOUNT NO. <br><br> Cardinal Health Alaris Product <br> 3698 Collections CNT <br> Chicago, Il 60693 | | H | | | | | 6,390.81 |
| ACCOUNT NO. <br><br> Cardinal Health Jackson Division <br> P.O. BOX 402586 <br> Atlanta, GA 30384 | | H | | | | | 18,731.60 |

Sheet no. __4__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 46,434.18

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re ___Jeffrey Andrews Morse & Janet Bertha Morse___,   Case No. ___10-38164___
                **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carefusion Alaris Products <br> 3698 Collection Cent <br> Chicago, IL 60693 | | H | | | | | 1,787.74 |
| ACCOUNT NO. <br><br> Central Mississippi Communications <br> P.O. BOX 329 <br> 111 Monroe St. <br> Koscuisko, MS 39090 | | H | | | | | 95.00 |
| ACCOUNT NO. <br><br> Central MS Emergency Medical Services <br> 855 Pear Orchard Rd., Suite 401 <br> Ridgeland, MS 39157 | | H | | | | | 1,464.00 |
| ACCOUNT NO. <br><br> Centurian Medical Products <br> P.O. BOX 170 <br> 301 Catrell Dr. <br> Howell, MI 48843 | | H | | | | | 780.24 |
| ACCOUNT NO. <br><br> Channing Bete Company, Inc. <br> P.O. BOX 84-5897 <br> Boston, MA 02284 | | H | | | | | 123.00 |

Sheet no. __5__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    4,249.98

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jeffrey Andrews Morse & Janet Bertha Morse</u>,          Case No. <u>10-38164</u>
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Choctaw County Board of Survivors <br> P.O. BOX 250 <br> Ackerman, MS 39735 | | H | Consideration: rent on building | | | | 5,000.00 |
| ACCOUNT NO. <br><br> Chris threadgill <br> P.O. BOX 1099 <br> Ackerman, MS 39735 | | H | | | | | 2,700.00 |
| ACCOUNT NO. <br><br> Columbus Fire Service <br> P.O. BOX 622 <br> Columbus, MS 39703 | | H | | | | | 116.63 |
| ACCOUNT NO. <br><br> Columbus Paper & Chemical, Inc. <br> P.O. BOX 8367 <br> Columbus, MS 39705 | | H | | | | | 2,995.07 |
| ACCOUNT NO. <br><br> Corporate Express <br> P.O. BOX 71217 <br> Chicago, IL 60694 | | H | | | | | 2,475.63 |

Sheet no. <u>6</u> of <u>32</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 13,287.33

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re ___Jeffrey Andrews Morse & Janet Bertha Morse___,     Case No. ___10-38164_____
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Criticare Systems, Inc. <br> 4718 Paysphere Circle <br> Chicago, IL 60674 | | H | | | | | 467.82 |
| ACCOUNT NO. <br><br> Danette Berry <br> 602 West Church St. <br> Newton, MS 39345 | | H | | | | | 532.50 |
| ACCOUNT NO. <br><br> Data System Management <br> P.O. BOX 1348 <br> 605 2nd Ave. North <br> Columbus, MS 39703 | | H | | | | | 4,377.50 |
| ACCOUNT NO. <br><br> Delta Pharma, Inc. <br> P.O. BOX 538 <br> Ripley, MS 38663 | | H | | | | | 4,377.50 |
| ACCOUNT NO. <br><br> Diagnostic Imaging, Inc. <br> P.O. BOX 2121 <br> Memphis, TN 38159 | | H | | | | | 12.00 |

Sheet no. __7__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   9,767.32

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re   Jeffrey Andrews Morse & Janet Bertha Morse          ,          Case No.   10-38164
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Diagnostic Tissue Cytology <br> P.O. BOX 5869 <br> Meridian, MS 39301 | | H | | | | | 6,558.00 |
| ACCOUNT NO. <br><br> Digital Data Corp <br> 1596 W.2650 S. #101 <br> Odgen, UT 84401 | | H | | | | | 223.81 |
| ACCOUNT NO. <br><br> Direct Supply Healthcare Equipment <br> P.O. BOX 88201 <br> Milwaukee, WI 53288 | | H | | | | | 6,208.42 |
| ACCOUNT NO. <br><br> Diversified Health Services <br> P.O. BOX 2371 <br> Starkville, MS 39760 | | H | | | | | 1,515.10 |
| ACCOUNT NO. <br><br> Doss Electric, Inc. <br> P.O. BOX 652 <br> Maben, MS 39750 | | H | | | | | 31,766.89 |

Sheet no. __8__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    46,272.22

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re ___Jeffrey Andrews Morse & Janet Bertha Morse___ ,    Case No. ___10-38164___
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Emergency Medical Products 4606 Reliable Pkwy Chicago, IL 60686 | | H | | | | | 68.87 |
| ACCOUNT NO. | | | | | | | |
| Emery Pratt Company 1986 W. Main St. Owosso, MI 48867 | | H | | | | | 1,000.98 |
| ACCOUNT NO. | | | | | | | |
| Enserv South Central P.O. BOX 671308 Dallas, TX 75267 | | H | | | | | 443.45 |
| ACCOUNT NO. | | | | | | | |
| Fedex P.O. BOX 660481 Dallas, TX 75266 | | H | | | | | 68.97 |
| ACCOUNT NO. | | | | | | | |
| First Choice Medical Sup. P.O. BOX 3608 Jackson, MS 39207 | | H | | | | | 14,394.33 |

Sheet no. __9__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 15,976.60

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,                 Case No. 10-38164
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Fisher Healthcare <br> P.O. BOX 404705 <br> Atlanta, GA 30384 | | H | | | | | 6,709.11 |
| ACCOUNT NO. <br><br> Four Seasons Lawn Maintenance <br> P.O. BOX 793 <br> Starkville, MS 39759 | | H | | | | | 21,010.80 |
| ACCOUNT NO. <br><br> GE Healthcare <br> Contract # 294748 <br> P.O. BOX 402076 <br> Atlanta, GA 30384 | X | H | | | | | 21,399.99 |
| ACCOUNT NO. <br><br> GE Healthcare Financial Service <br> P.O. BOX 641419 <br> Pittsburgh, PA 15264 | X | H | | | | | 52,944.80 |
| ACCOUNT NO. <br><br> Genworth Life Insurance Company <br> P.O. BOX 79744 <br> Baltimore, MD 21279 | | H | | | | | 3,530.80 |

Sheet no. 10 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 105,595.50

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse        ,        Case No.  10-38164
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Golden Tri. Waste Service Coop Se 1311 Industrial Park Columbus, MS 39701 | | H | | | | | 21.97 |
| ACCOUNT NO.  Griffin Industries 1299 Prisock rd. Byram, MS 39272 | | H | | | | | 150.00 |
| ACCOUNT NO.  Guardian Life Insurance of America Northeast Regional Office P.O. BOX 95101 Chicago, IL 60694 | | H | | | | | 5,892.99 |
| ACCOUNT NO.  Gulf South Medical Supply P.O. BOX 841968 Dallas, TX 75284 | | H | | | | | 38,651.10 |
| ACCOUNT NO.  HD Supply Facilities Maintenance P.O. BOX 509058 San Diego, CA 92150 | | H | | | | | 812.87 |

Sheet no. __11__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  45,528.93

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re    Jeffrey Andrews Morse & Janet Bertha Morse            ,        Case No.    10-38164
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Health Force Staffing 10921 Reed Hartman H, Suite 329 Cincinnati, OH 45242 | | H | | | | | 11,316.00 |
| ACCOUNT NO. Healthcare Corporation of America P.O. BOX  12828 Philadelphia, PA 19101 | | H | | | | | 720.00 |
| ACCOUNT NO. Healthcare Services International P.O. BOX 12828 Philadelphia, PA 19176 | | H | | | | | 150.00 |
| ACCOUNT NO. Heritage Food Service Equipment P.O. BOX 8710 Fort Wayne, IN 46898 | | H | | | | | 30.64 |
| ACCOUNT NO. Horizon Healthcare Sup. P.O. BOX 6 Duluth, MN 55801 | | H | | | | | 167.94 |

Sheet no.  12   of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        12,384.58

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse  ,        Case No.  10-38164
_____          _____
             **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Hospital Furniture Restoration<br>P.O. BOX 152<br>Lisbon, MD 21765 | | H | | | | | 3,131.86 |
| ACCOUNT NO. <br><br>Infolab, Inc.<br>P.O. BOX 1309<br>Clarksdale, MS 36814 | | H | | | | | 8,965.65 |
| ACCOUNT NO. <br><br>Inpro Corporation<br>5131 Paysphere Cr.<br>Chicago, IL 60674 | | H | | | | | 2,691.73 |
| ACCOUNT NO. <br><br>Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | | H | Consideration: taxes | | | | 1,100,000.00 |
| ACCOUNT NO. <br><br>Ivans<br>P.O. BOX 850001<br>Orlando, FL 32885 | | H | | | | | 131.92 |

Sheet no. 13 of 32 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,114,921.16

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey Andrews Morse & Janet Bertha Morse   ,          Case No.   10-38164
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J & J Health Care Systems, Inc. <br> P.O. BOX 406663 <br> Atlanta, GA 30384 | | H | | | | | 1,827.98 |
| ACCOUNT NO. <br><br> Janette Morse Vautrain <br> 72 East Street <br> Easthampton, MA 01027 | | H | | | | | 50,000.00 |
| ACCOUNT NO. <br><br> Jennifer Schmidt <br> 207 Falling Star Wal <br> Huntsville, AL 35806 | | H | Consideration: Money loaned to pay Federal Taxes | | | | 75,000.00 |
| ACCOUNT NO. <br><br> Jimmy Edwards <br> 224 Beacon St. <br> Philadelphia, MS 39350 | | H | | | | | 364.00 |
| ACCOUNT NO. <br><br> Karen P Still, R., PH., PRO., PH. <br> P.O. BOX 603 <br> Madison, MS 39130 | | H | | | | | 1,447.27 |

Sheet no. __14__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        128,639.25

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey Andrews Morse & Janet Bertha Morse         ,        Case No.   10-38164
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kaye W. Stowell, FPN 1176 Southgate Starkville, MS 39759 | | H | | | | | 190.00 |
| ACCOUNT NO. Konica Minolta Medical Imaging P.O. BOX 1, Dept 2272 Dallas, TX 75312 | | H | | | | | 240.75 |
| ACCOUNT NO. Labcorp Laboratory Corp. 231 Maple Ave. Burlington, NC 27216 | | H | | | | | 18,538.35 |
| ACCOUNT NO. Labworks c/o Jimmy Chesteen 87 Tompkins Rd. Kilmichael, MS 39747 | | H | | | | | 2,750.00 |
| ACCOUNT NO. Laudauer, Inc. P.O. BOX 809051 Chicago, IL 60680 | | H | | | | | 1,412.04 |

Sheet no. __15__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      23,131.14

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Jeffrey Andrews Morse & Janet Bertha Morse  ,        Case No.  10-38164
         Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Louisville Newspapers, Inc. 119 Court St. P.O. BOX 469 Louisville, MS 39339 | | H | | | | | 2,771.19 |
| ACCOUNT NO. | | | Consideration: Lawsuit | | | | |
| Luther Bell c/o Mike Farrell 210 E. Capitol St., Suite 2180 Jackson, MS 39210 | | H | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Luvel Daily Products P.O. BOX  1229 Koscuisko, MS 39090 | | H | | | | | 2,193.03 |
| ACCOUNT NO. | | | | | | | |
| M & N Computers 407 West Main St. Louisville, MS 39339 | | H | | | | | 46.97 |
| ACCOUNT NO. | | | | | | | |
| Mc Kesson Medical Surgical, Inc. P.O. BOX 933027 Atlanta, GA 31193 | | H | | | | | 4,238.74 |

Sheet no.  16   of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     9,249.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Jeffrey Andrews Morse & Janet Bertha Morse</u>,     Case No. <u>10-38164</u>
             **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Med One Capital, Inc. P.O. BOX 271128 Salt Lake City, UT 84127 | | H | | | | | 9,861.66 |
| ACCOUNT NO. Medifax-Edi, Inc. 13093 Collections Ce Chicago, IL 60693 | | W | | | | | 200.00 |
| ACCOUNT NO. Medline Industries, Inc. Attn: Credit Manager One Medline Place Mundelin, IL 60060 | | H | | | | | 134.74 |
| ACCOUNT NO. Medline Industries, Inc. Dept. 1080 P.O. BOX 121080 Dallas, TX 75312 | | H | | | | | 71.48 |
| ACCOUNT NO. Mhca Pac, LLC 114 Market Ridge Dr. Ridgeland, MS 39157 | | H | | | | | 1,460.00 |

Sheet no. <u>17</u> of <u>32</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal ➤   $     11,727.88

         Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re   Jeffrey Andrews Morse & Janet Bertha Morse              ,          Case No. _____10-38164_____
                      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mid-South Medical Imaging, LLC 4264 Lakeland Dr. Flowood, MS 39232 | | H | | | | | 2,615.60 |
| ACCOUNT NO. | | | | | | | |
| Mississippi  Dietetic Ass. 330 North Mart Pl, S Jackson, MS 39206 | | H | | | | | 136.00 |
| ACCOUNT NO. | | | | | | | |
| Mississippi Dept. of Health P.O. BOX 1700 Jackson, MS 39215 | | H | | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| Mississippi Dept. of Health P.O. BOX 1700 Jackson, MS 39215 | | H | | | | | 420.00 |
| ACCOUNT NO. | | | | | | | |
| Mississippi Dept. of Health Cri P.O. BOX 1700 570 E. Woodroow Wilson Jackson, MS 39215 | | H | | | | | 200.00 |

Sheet no. __18__ of __32__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        3,571.60

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey Andrews Morse & Janet Bertha Morse    ,          Case No.   10-38164
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Montford Jones Memorial Hospital<br>P.O. BOX 887<br>Koscuisko, MS 39090 | | H | | | | | 20,145.74 |
| ACCOUNT NO.<br><br>Morgan & Morgan<br>Suite 777, One Jackson Place<br>188 East Capitol Street<br>Jackson, MS 39201 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Mr. Larry Walker<br>2118 Johns Mayton Road<br>Brandon, MS 39042 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Mrs. Mary Walker<br>2108 New Light Road<br>Starkville, MD 39759 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>MSC Industrial Supply Co., Inc.<br>Dept. CH 0075<br>Palatine, IL 60055 | | H | | | | | 164.33 |

Sheet no. __19__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,310.07

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeffrey Andrews Morse & Janet Bertha Morse    ,        Case No.    10-38164
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Msna Registry/ Pearson Vue <br> P.O. BOX 822749 <br> Philadelphia, PA 19182 | | | | | | | 25.00 |
| ACCOUNT NO. <br><br> Msrt Educational Foundation <br> 339 Hwy 348 <br> Guntown, MS 38849 | | H | | | | | 720.00 |
| ACCOUNT NO. <br><br> Northeast Exterminating Company <br> 326 Highway, 12 West <br> Starkville, MS 39759 | | H | | | | | 8,079.36 |
| ACCOUNT NO.   unknown <br><br> Northern Healthcare Capital <br> C/o: D. Andrew Phillips <br> P.O. BOX 947 <br> Oxford, MS 38655 | | H | | | | | Unknown |
| ACCOUNT NO. <br><br> Nutrition Education Resources <br> 112 River Oaks Dr. <br> LaPlace, LA 70068 | | H | | | | | 4,050.37 |

Sheet no. __20__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $   12,874.73

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jeffrey Andrews Morse & Janet Bertha Morse__ ,    Case No. __10-38164__
                   **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Oce' Corporate Printing <br> P.O. BOX 11407 <br> Birmingham, AL 35246 | | H | | | | | 1,619.50 |
| ACCOUNT NO. <br><br> Oktibbeha County Hospital <br> P.O. BOX 1506 <br> Starkville, MS 39759 | | H | | | | | 23,924.96 |
| ACCOUNT NO. <br><br> Ortho-Clinical Daignostics <br> P.O. BOX 406663 <br> Atlanta, GA 30384 | | H | | | | | 3,185.28 |
| ACCOUNT NO. <br><br> Owens & Minor <br> P.O. BOX 841420 <br> Dallas, TX 75284 | | H | | | | | 8,655.93 |
| ACCOUNT NO. <br><br> Parker, Hudson, Rainer & Dobb <br> 285 Peachtree Center <br> 1500 Marquis Two Tow <br> Atlanta, GA 30303 | | H | | | | | 25,799.61 |

Sheet no. __21__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 63,185.28

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Jeffrey Andrews Morse & Janet Bertha Morse      ,         Case No. ___10-38164___
_____              _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PFG-Broadline <br> 506 Hwy, 35 North <br> Batesville, MS 38606 | | H | | | | | 539.80 |
| ACCOUNT NO. <br> Pharmaceutical Credit Corporation <br> P.O. BOX 1684 <br> Brentwood, TN 37024 | | H | | | | | 561.41 |
| ACCOUNT NO.  unknown <br> Phelps Dunbar <br> One Mississippi Plaza <br> 201 South Spring Street <br> Tupelo, MS 38804 | | J | Consideration: attorney fees | | | | 72,491.61 |
| ACCOUNT NO. <br> Phillip A. Marsden, et.al. <br> C/o: William C. Collins, Jr. <br> 171 17th St., N.W., Suite 100 <br> Atlanta, GA 30363 | | H | Consideration: Lawsuit | X | X | X | Unknown |
| ACCOUNT NO. <br> Physio Control <br> 11811 Willows Rd. N.E. <br> Redmond, WA 98052-2003 | | H | | | | | 1,407.57 |

Sheet no. __22__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         75,000.39

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse        ,        Case No.  10-38164
                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pinnacle Business Solutions 6510 Old Canton rd. Ridgeland, MS 39157 | | H | | | | | 31,807.73 |
| ACCOUNT NO. | | | | | | | |
| Pitney Bowes, Inc. P.O. BOX 856042 Louisville, KY 40285 | | H | | | | | 6,098.89 |
| ACCOUNT NO. | | | | | | | |
| Pomco P.O. BOX 6329 Syracuse, NY 13217 | | H | | | | | 2,127.31 |
| ACCOUNT NO. | | | | | | | |
| Positive Promotions 15 Gilpin Ave. Hauppauge, NY 11788 | | H | | | | | 774.92 |
| ACCOUNT NO. | | | | | | | |
| Prime Care Nursing P.O. BOX 852 Greenville, MS 38702 | | H | | | | | 167,199.19 |

Sheet no.  23   of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    208,008.04

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,    Case No. 10-38164
_____    _____
Debtor    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Professional Health Care Services P.O. BOX 18282 Natchez, MS 39122 | | H | | | | | 2,711.00 |
| ACCOUNT NO. Progressive Gulf Ins, Co. P.O. BOX 31033 Tampa, FL 33633 | | H | | | | | 76.00 |
| ACCOUNT NO. Progressive Medical International 1250 Industrial Ave. Escondido, CA 92029 | | H | | | | | 199.01 |
| ACCOUNT NO. Radiological Group, P.A. 1405 N. State St. Jackson, MS 39202 | | H | | | | | 16,974.00 |
| ACCOUNT NO. Ralph T. Cain RR4, 76B Eupora, MS 39744 | | H | | | | | 748.02 |

Sheet no. 24 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 20,708.03

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,          Case No. 10-38164
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Redwood Biotec, Inc. P.O. BOX 14327 Santa Rosa, CA 95402 | | H | | | | | 240.00 |
| ACCOUNT NO. | | | | | | | |
| Regions Bank Department 0150 Birmingham, AL 35287 | | H | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Rehabmart.com 150 Sagewood Dr. Winterville, GA 30683 | | H | | | | | 341.84 |
| ACCOUNT NO. | | | | | | | |
| Ricoh Americas Corp. P.O. BOX 4245 Carol Stream, IL 60197 | | H | | | | | 4,095.96 |
| ACCOUNT NO. | | | Consideration: Lawsuit | | | | |
| Rural Healthcare Dev., Inc. and Ray Shoemaker, C/o: Micheal A. Heilman P.O. BOX Drawer 24417 Jackson, MS 39225-4417 | | H | | X | X | X | Unknown |

Sheet no. 25 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,677.80

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re    Jeffrey Andrews Morse & Janet Bertha Morse    ,    Case No.    10-38164
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Serenity Healthcare P.O. BOX 579 4109 Highway 98 West Summit, MS 39666 | | H | | | | | 67,000.00 |
| ACCOUNT NO. Servpro of Northeast Delta P.O. BOX 337 Koscuisko, MS 39090 | | H | | | | | 510.00 |
| ACCOUNT NO. Seyfarth Shaw, LLP One Peachtree Pointe 1545 Peachtree St., N.E. Atlanta, GA 30309 | | H | | | | | 2,850.00 |
| ACCOUNT NO. Sibley's Appliance Repair 83 eubanks rd. Eupora, MS 39744 | | H | | | | | 1,110.68 |
| ACCOUNT NO. Sourceone Healthcare Technology P.O. BOX 8004 Mentor, OH 44061 | | H | | | | | 5,786.81 |

Sheet no. __26__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    77,257.49

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,  Case No. 10-38164
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Southern Roofing, LLC 4905 W. TVA Rd. West Point, MS 39773 | | H | | | | | 1,624.00 |
| ACCOUNT NO. | | | | | | | |
| Staples Business Adv. P.O. BOX 40 Dept. ATL Atanta, GA 30384 | | H | | | | | 7,065.15 |
| ACCOUNT NO. | | | | | | | |
| Staples Credit Plan Dept. 51-7861245503 P. O. BOX 689020 Des Moines, IA 50368 | | H | | | | | 6,345.51 |
| ACCOUNT NO. | | | | | | | |
| Stringer Healthcare Sales 2022 Myrtle Arcadia, LA 71001 | | H | | | | | 478.40 |
| ACCOUNT NO. | | | | | | | |
| Synergetics DCS, Inc. Account Receivables P.O. BOX 1276 Tupelo, MS 38802 | | H | | | | | 42,290.00 |

Sheet no. 27 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  57,803.06

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse  ,        Case No.  10-38164
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sysco Food Services of Jackson p.O. BOX 2900 4000 Milwaukee St. Jackson, MS 39207 | | H | | | | | 4,218.98 |
| ACCOUNT NO. | | | | | | | |
| Tacy Medical, Inc. P.O. BOX 15807 Fernandina Beach, FL 32035 | | H | | | | | 531.50 |
| ACCOUNT NO. | | | | | | | |
| Terre M. Vandaman Chapter 13 Trustee P.O. BOX 1985 Memphis, TN 38101 | | H | | | | | 4,580.50 |
| ACCOUNT NO.   unknown | | | | | | | |
| Terre M. Vardaman Chapter 13 Trustee P.O. BOX 1985 Memphis, TN 38101 | | H | | | | | 4,580.50 |
| ACCOUNT NO. | | | | | | | |
| Terry-Trane Service Agency, Inc. P.O. BOX 1557 Ridgeland, MS 39158 | | H | | | | | 4,221.14 |

Sheet no. __28__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   18,132.62

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,  Case No. 10-38164
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| The Choctaw Chronicle P.O. BOX 1009 Ackerman, MS 39735 |  | H |  |  |  |  | 325.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| The Clarion Ledger P.O. BOX 23067 Jackson, MS 39225 |  | H |  |  |  |  | 111.05 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| The Summit Health & Rehab Service P.O. BOX 579 Summit, MS 39666 |  | H |  |  |  |  | 15,355.25 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Thompson Publishing Group, Inc. P.O. BOX 26185 Tampa, FL 33623 |  | H |  |  |  |  | 428.50 |
| ACCOUNT NO. |  |  | Consideration: deficiency on car |  |  |  |  |
| Toyota Financial Services P.O. BOX 650686 Dallas, TX 75265 |  | H |  |  |  |  | 21,000.00 |

Sheet no. 29 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 37,219.80

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Jeffrey Andrews Morse & Janet Bertha Morse              ,        Case No.  10-38164
_____        _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tri-State Hospital Supply<br>P.O. BOX 170<br>Howell, MI 48844 | | H | | | | | 1,536.98 |
| ACCOUNT NO.<br><br>Tri-Tec Medical, Co.<br>2255 Germantown Rd.<br>Germantown, TN 38138 | | H | | | | | 4,252.18 |
| ACCOUNT NO.<br><br>Trinity Therapy Ser., Inc.<br>P.O. BOX 315<br>Ridgeland, MS 39158 | | H | | | | | 10,710.00 |
| ACCOUNT NO.<br><br>Trispan Health Services Medicare Part A<br>P.O. BOX 23046<br>Jackson, MS 39225 | | H | | | | | 817.05 |
| ACCOUNT NO.<br><br>Tru-Care Medical<br>205 E. Gould Ave.<br>Eupora, MS 39744 | | H | | | | | 1,730.84 |

Sheet no.  30  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        19,047.05

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,          Case No. __10-38164_____
 Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Trustmark National Bank P.O. BOX 1182 Jackson, MS 39215 | | H | Consideration: deficiency on car | | | | 15,000.00 |
| ACCOUNT NO. U.S. Foodservice, Inc. P.O. BOX 846079 Dallas, TX 75284 | | H | | | | | 440.98 |
| ACCOUNT NO. United Blood Services P.O. BOX 53022 Phoenix, AZ 85072 | | H | | | | | 2,220.00 |
| ACCOUNT NO. Universal Hospital Services 199 Interstate Drive Richland, MS 39218 | | H | | | | | 5,761.84 |
| ACCOUNT NO. Valley Food Service P.O. BOX 5454 Jackson, MS 39288 | | H | | X | X | X | 89,243.51 |

Sheet no. _31_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $    112,666.33

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Jeffrey Andrews Morse & Janet Bertha Morse ,     Case No.  10-38164
_____          _____
            **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vaxserve, Inc.<br>12566 Collections Cn.<br>Chicago, IL 60693 | | H | | | | | 3,253.38 |
| ACCOUNT NO.<br><br>Vernon Plumbing Contractors<br>4413 Hwy 14 East<br>Louisville, MS 39339 | | H | | | | | 1,005.80 |
| ACCOUNT NO.<br><br>Warren, Averett, Kimbrough & Marino, LLC<br>C/o: Thomas M. McElroy<br>P.O. BOX 1450<br>Tupelo, MS 38802 | | H | Consideration: Lawsuit | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Webster Medical Center<br>P.O. BOX 967<br>Louisville, MS 39339 | | H | | | | | 4,833.20 |
| ACCOUNT NO.<br><br>Winston Medical Center<br>P.O. BOX 967<br>Louisville, MS 39339 | | H | | | | | 33,169.18 |

Sheet no. _32_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  42,261.56

Total ▶  $  2,459,180.27

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30376-301X-03610 - PDF-XChange 2.5 DE